**JS–6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCCIO VILLALOBOS<br><br>    Plaintiff(s),<br><br>v.<br><br>MAMA HONGS VIETNAMESE KITCHEN, et al.<br><br>    Defendant(s). | CASE NO:<br>2:20-cv-02119-FMO-KS<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 30 **days from the filing date of this Order**, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: February 25, 2021           /s/ *Fernando M. Olguin*
                                                                Fernando M. Olguin
                                                                United States District Judge