2  STEVEN L. DERBY, Esq. (SBN 148372)
   DERBY, McGUINNESS & GOLDSMITH, LLP
3  1999 Harrison Street, Suite 1800
   Oakland, CA 94612
4  Telephone: (510) 987-8778
   Facsimile: (510) 359-4419
5  Email: info@dmglawfirm.com

6  ANTHONY GOLDSMITH, Esq. (SBN 125621)
   DERBY, McGUINNESS & GOLDSMITH, LLP
7  21550 Oxnard Street, Suite 300
   Woodland Hills, CA 91367
8  Telephone: (818) 213-2762
   Facsimile: (510) 359-4419
9  Email: info@dmglawfirm.com

10 Attorneys for Plaintiff
   ROCCIO VILLALOBOS
11

   Nader Zargarpour, Esq. (SBN 211511)
12 ZARGARPOUR LAW FIRM APC
   1925 Century Park East, Ste. 1700
13 Los Angeles, CA 90067
   Telephone: (424)240-8744
14 Email: nick@zarlawfirm.com

15 Attorneys for Defendants
   MAMA HONGS VIETNAMESE KITCHEN, a California Corporation, and
16 ELLIOT M. LEIFER IN HIS INDIVIDUAL AND REPRESENTATIVE
   CAPACITY AND TRUSTEE OF THE ELLIOT M. LEIFER TRUST
17

18                UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
19

20

| ROCCIO VILLALOBOS, | CASE NO. 2:20-cv-02119-FMO-KS |
|---|---|
| Plaintiff, | Civil Rights |
| v. | **STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANTS WITH PREJUDICE** |
| MAMA'S BOYS RESTAURANTS, INC., a California corporation; ELLIOT LEIFER IN HIS CAPACITY AS TRUSTEE OF THE LEIFER TRUST, and DOES 1 through 20, Inclusive, | |
| Defendants. | |

STIPULATION TO DISMISS ALL CLAIMS AGAINST
DEFENDANTS WITH PREJUDICE                          1

## STIPULATION

The parties acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs.

Dated: March 19, 2021            DERBY, McGUINNESS & GOLDSMITH, LLP

             /s/ Anthony Goldsmith
            By Anthony Goldsmith
            Attorneys for Plaintiff

Dated: March 22, 2021             /s/ Nadar Zargarpour
            Nader Zargarpour
            Attorney for Defendant

## FILER'S ATTESTATION

I hereby attest that on March 22, 2021, I, Anthony Goldsmith, attorney with Derby, McGuinness & Goldsmith, LLP, received the concurrence of Nadar Zargarpour in the filing of this document.

*/s/ Anthony Goldsmith*
Anthony Goldsmith, Esq.